Matthew J. Oppenheim (D.C. Bar No. 443698)
Ever M. Hess (D.C. Bar No. 1722987)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
ever@oandzlaw.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven Leonel Arias,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Universal Music Group,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:21-cv-02551<br><br>Hon.<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>(Document Electronically Filed) |

  Plaintiff has sued Universal Music Group ("UMG"). Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 26.1, counsel certifies that UMG Recordings, Inc.'s ultimate parent is Universal Music Group, N.V., a Netherlands public limited company. No other publicly-held corporation owns 10% or more of UMG Recordings, Inc.'s stock.

Dated: September 30, 2021

                                         */s/ Matthew J. Oppenheim*

                                         Matthew J. Oppenheim (D.C. Bar No. 443698)
                                         Ever M. Hess (D.C. Bar No. 1722987)
                                         **OPPENHEIM + ZEBRAK, LLP**
                                         4530 Wisconsin Avenue, NW, 5th Floor
                                         Washington, DC 20016
                                         Phone: (202) 480-2999
                                         matt@oandzlaw.com
                                         ever@oandzlaw.com

                                         *Attorneys for Defendant*