# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Steven Leonel Arias,<br><br>8907 Montpelier Drive<br>Laurel, MD 20708<br>            Plaintiff,<br><br>v.<br><br>Universal Music Group,<br><br>2220 Colorado Avenue<br>Santa Monica, CA 90404<br><br>            Defendant. | CIVIL ACTION NO. 21-cv-02551 (APM)<br><br>**APPEARANCE OF COUNSEL**<br><br>(Document Electronically Filed) |

To:     The clerk of court and all parties of record.

I am admitted to practice in this Court, and I appear as counsel for Defendant in the above-captioned case.


Date: October 4, 2021

>             */s/ Matthew J. Oppenheim*
>             Matthew J. Oppenheim (D.C. Bar No. 443698)
>             **OPPENHEIM + ZEBRAK, LLP**
>             4530 Wisconsin Avenue, NW, 5th Floor
>             Washington, DC 20016
>             Phone: (202) 480-2999
>             matt@oandzlaw.com
>
>             *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered to Plaintiff's counsel via electronic mail and certified mail, return receipt requested, on October 4, 2021 at the following address:

Nnamdi J. Nwaneri
AMIRI LEGAL & CONSULTANTS
7214 Kempton Road
Lanham, Maryland 20706
(201) 539-8022
nnamdi@getamirilegal.com


Dated: October 4, 2021                           */s/ Matthew J. Oppenheim*